# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

127813

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MACCEO ROZIER,
      Defendant-Appellant.

SC: 127813
COA: 250027
Wayne CC: 02-015179-01

_____/

On order of the Court, the application for leave to appeal the December 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would remand this case to the Court of Appeals for further consideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005 _____

d0929

_____*Corbin R. Davis*_____
Clerk